COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 
 
 §
 
 
  
 
 
 
 
  
 
 
  
 
 
 No. 08-11-00256-CV
 
 
 
 
 SHIRLEY MEYER,
                                          
 Appellant,
 
 
 §
  
 §
 
 
  
 Appeal from the
  
 
 
 
 
 v.
 
 
  
 
 
 120th Judicial
 District Court
 
 
 
 
  
 DR. ENES KANLIC, M.D.,
  
                                         
 Appellee.
 
 
 §
  
 §
 
 
  
 of El Paso
 County, Texas
  
 (TC# 2006-3642)
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
 §
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 


MEMORANDUM OPINION

 

            Pending before the Court is Appellant’s
motion to dismiss the appeal because she no longer desires to prosecute it.  See
Tex.R.App.P. 42.1(a)(1).  We grant the motion and dismiss the
appeal.  Costs are assessed against the
party incurring them.

 

                                                                        GUADALUPE
RIVERA, Justice

January 25, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.